# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA JUDICIAL PHONE LIST

(10/07)

## DISTRICT JUDGES

| JUDGES | SEC/JA/CLC | CHAMBERS PH. & RM | LAW CLERKS | CRTRM PH# & FL | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|---|---|---|---|
| BATES John D. | Cecelia Kim Career Law Clerk | 354-3430 Rm. 4114 | Christopher Lynch Liana Wolf | 354-3293 #8/4th Fl. | Tim Bradley 354-3162 | Bryan Wayne Rm. 6712/(202) 354-3186 |
| COLLYER Rosemary M. | Kristin Dighe Career Law Clerk | 354-3560 Rm. 2528 | Brian C. Smith Erin Walsh | 354-3313 #2/2nd Fl. | Chashawn White 354-3176 | Crystal Pilgrim Rm 4706-A/(202) 354-3127 |
| FRIEDMAN Paul L. | Marissa Ahari | 354-3490 Rm. 6012 Annex | Caroline Platt Ryan Spear | 354-3122 #29A/6th Fl. Annex | Michelle Moon 354-3155 | Linda Russo Rm 6503/(202) 354-3244 |
| CHIEF JUDGE HOGAN Thomas F. | Denise Watson-JA Sheldon Snook-AA Jenna Gatski - LA | 354-3420 Rm. 4012 Annex | Julia Kiraly Nicole Pitman Matt Thuesen | 354-3251 #25A/4th Fl. Annex | Harold Smith 354-3163 | Gathryn Jones Rm. 6527/(202)354-3246 |
| HUVELLE Ellen S. | Kristen Flynn Career Law Clerk | 354-3230 Rm. 4423 Annex | Johanna Kalb Emily Thatcher-Renshaw | 354-3417 #14/4th Fl. | Gwen Franklin 354-3145 | Lisa Griffith Rm 6509 /(202)354-3247 |
| KENNEDY Henry H | Faith Lyles | 354-3350 Rm. 6903 Annex | Sean Arthurs Melissa Felder | 354-3471 #27A/6th Fl. Annex | Tanya Johnson 354-3141 | Annie Shaw Rm. 6720/(202) 354-3242 |
| KOLLAR-KOTELLY Colleen | Sandi Middleton | 354-3340 Rm. 6939 Annex | Maya Alperowicz Charles Luftig | 354-3379 #28A /6th Fl. Annex | Dorothy Jones-Patterson 354-3189 | Edward Hawkins Rm. 6706/(202) 354-3245 |
| LAMBERTH Royce C. | | 354-3380 Rm. 2010 Annex | Arian June Adam Roth | 354-3485 #22A/2nd Fl. Annex | Robert Ellnotte 354-3192 | Theresa Sorensen Rm. 4700-H/(202) 354-3118 |
| LEON Richard J. | Charlotte McPherson | 354-3580 Rm. 4335 | Rebecca Carvalho Clinton Fuchs | 354-3478 #18/6th Fl. | Wayne Burwell 354-3177 | Patty A. Gels Rm 4700-C /(202) 354-3236 |
| ROBERTS Richard W. | Ellen Steury Career Law Clerk | 354-3400 Rm. 4535 | Darah A. Smith Andrew Wone | 354-3424 #9/4th Fl. | Linda Romero 354-3166 | Scott Wallace Rm. 6513/(202)354-3196 |
| ROBERTSON James | Marlene Taylor | 354-3460 Rm.4903 Annex | Anna Baldwin Eric F. Citron Emily Coward | 354-3587 #23/4th Fl. Annex | Alphaeus Richburg 354-3182 | Rebecca Stonestreet Rm. 6515/(202)354-3249 |
| SULLIVAN Emmet G. | Geri Kyler | 354-3260 Rm. 4935 Annex | Kymberly Evanson Michelle Jones | 354-3171 #24/4th Fl. Annex | Carol Votteler 354-3152 | Jacqueline Sullivan Rm. 6820/(202) 354-3187 |
| URBINA Ricardo M. | Amanda Luck Career Law Clerk | 354-3390 Rm. 6006 Annex | Jeffrey Cook Dustin Kenall | 354-3234 #30/6th Fl. Annex | Jim Dales 354-3151 | Wendy Ricard Rm. 6716/(202) 354-3111 |
| WALTON Reggie B. | Melissa Williams Career Law Clerk | 354-3290 Rm. 6403 Annex | Andrew Fausett Monique Moore | 354-3479 #16/6th Fl. | Mattie Powell-Taylor 354-3184 | Phyllis Merana Rm. 6525/23/(202) 354-3243 |