**Judgment**