# Affidavit