# APPEAL NOTICE