ANSWER

ANSWER