ANSWER