**Order Granting**