Transcript